Per curiam.

---

Hymen Brothers et al., complainants and appellees, v. International Ladies' Garment Workers' Union et al., defendants, on appeal of Sam Dorf, appellant. Gen. No. 29,666.

Contempt for violation of injunction. Appeal from the Superior Court of Cook county; the Hon. Denis E. Sullivan, Judge, presiding.

Heard in the second division of this court for the first district at the March term, 1925. Affirmed on authority of Gen. No. 29,661, *ante*. Opinion filed December 29, 1925.

Darrow, Sissman, Holly & Carlin, for appellant. Newman, Poppenhusen, Stern & Johnston, for appellees; Edward R. Johnston and Henry Jackson Darby, of counsel.

Per curiam.

---

**Hymen Brothers et al., complainants and appellees, v. International Ladies' Garment Workers' Union et al., defendants, on appeal of Freida Reiker, appellant. Gen. No. 29,668.**

Contempt for violation of injunction. Appeal from the Superior Court of Cook county; the Hon. Denis E. Sullivan, Judge, presiding. Heard in the second division of this court for the first district at the March term, 1925. Affirmed on authority of Gen. No. 29,667, *ante*. Opinion filed December 29, 1925.

Darrow, Sissman, Holly & Carlin, for appellant. Newman, Poppenhusen, Stern & Johnston, for appellees; Edward R. Johnston and Henry Jackson Darby, of counsel.

Per curiam.

---

**Hymen Brothers et al., complainants and appellees, v. International Ladies' Garment Workers' Union et al., defendants, on appeal of Lena Movitz, appellant. Gen. No. 29,669.**

Contempt for violation of injunction. Appeal from the Superior Court of Cook county; the Hon. Denis E. Sullivan, Judge, presiding. Heard in the second division of this court for the first district at the March term, 1925. Affirmed on authority of Gen. No. 29,667, *ante*. Opinion filed December 29, 1925.

Darrow, Sissman, Holly & Carlin, for appellant. Newman, Poppenhusen, Stern & Johnston, for appellees; Edward R. Johnston and Henry Jackson Darby, of counsel.

Per curiam.

---

**Hymen Brothers et al., complainants and appellees, v. International Ladies' Garment Workers' Union et al., defendants, on appeal of Joseph Kravitz, appellant. Gen. No. 29,671.**

Contempt for violation of injunction. Appeal from the Superior Court of Cook county; the Hon. Denis E. Sullivan, Judge, presiding. Heard in the second division of this court for the first district at the March term, 1925. Affirmed on authority of Gen. No. 29,661, *ante*. Opinion filed December 29, 1925.

Darrow, Sissman, Holly & Carlin, for appellant. Newman, Poppenhusen, Stern & Johnston, for appellees; Edward R. Johnston and Henry Jackson Darby, of counsel.

Per curiam.